UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| Shakeel Goban (A-Number: A-221-497-863), Petitioner, v. Warden, California City ICE Detention Facility, et al., Respondents. | No. 1:26-cv-02884-KES-SAB (HC) ORDER GRANTING PETITION FOR WRIT OF HABEAS CORPUS Doc. 1 |

Petitioner Shakeel Goban is an immigration detainee proceeding pro se with a petition for writ of habeas corpus and motion for temporary restraining order. Docs. 1, 5. The Court set a briefing schedule on the petition. Doc. 8. Respondents indicate that petitioner is detained pursuant to 8 U.S.C. § 1226(a). Doc. 9 at 1. Respondents argue that the petition for habeas corpus should be denied as petitioner has not requested a hearing before an immigration judge. *Id.* But by filing the instant petition for habeas corpus, petitioner is affirmatively seeking custody redetermination.

Accordingly, the petition for writ of habeas corpus is GRANTED. Respondents are ORDERED to provide petitioner Shakeel Goban (A-Number: A-221-497-863) with a bond hearing before a neutral arbiter pursuant to 8 U.S.C. § 1226(a) and its implementing regulations within fourteen (14) days of the date of this Order. Respondents shall immediately provide

petitioner with a copy of this Order and shall provide him with 72 hours' written notice before the bond hearing in a language that he can understand. Petitioner may be represented by an attorney at this hearing, and respondents may extend the deadline at petitioner's request so that he can obtain an attorney. If petitioner obtains an attorney, his attorney shall also be given 72 hours' written notice before the bond hearing. The neutral decisionmaker must consider petitioner's financial circumstances in setting the amount of bond and alternative conditions of release in lieu of detention without bond. If respondents do not provide petitioner with a bond hearing within fourteen (14) days, then respondents must release him.

The Clerk of Court is directed to terminate the findings and recommendations and any pending motions as moot. The Clerk is directed to close this case and to serve California City Detention Center with a copy of this Order.

IT IS SO ORDERED.

Dated: August 16, 2026

UNITED STATES DISTRICT JUDGE