# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEEL GOBAN,<br>Petitioner,<br>v.<br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br>Respondents. | Case No. 1:26-cv-02884-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE RESPONSE TO PETITIONER'S MOTION FOR TEMPORARY RESTRAINING ORDER AND SETTING BRIEFING SCHEDULE |

On September 25, 2026, Petitioner filed a motion for temporary restraining order ("TRO") and motion to enforce judgment. (ECF No. 18.) The motion has been referred to the undersigned. (ECF Nos. 19, 20.)

Accordingly, the Court HEREBY ORDERS that:

1. Within fourteen (14) days of the date of service of this order, Respondents SHALL FILE a response to the motion for TRO and motion to enforce; and
2. Within ten (10) days of the date of service of Respondents' response, Petitioner may file a reply.

IT IS SO ORDERED.

Dated: **September 28, 2026**

STANLEY A. BOONE
United States Magistrate Judge