# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| SHAKEEL GOBAN,<br><br>Petitioner,<br><br>v.<br><br>WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,<br><br>Respondents. | Case No. 1:26-cv-02884-KES-SAB-HC<br><br>ORDER DIRECTING RESPONDENTS TO FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING |

Petitioner is an immigration detainee proceeding pro se who filed a petition for writ of habeas corpus pursuant to 28 U.S.C. § 2241.

On August 17, 2026, the petition was granted and Respondents were ordered to provide Petitioner with a bond hearing. (ECF No. 16.) On September 25, 2026, Petitioner filed a motion for temporary restraining order ("TRO") and motion to enforce judgment. (ECF No. 18.) The motion has been referred to the undersigned. (ECF Nos. 19, 20.)

On October 9, 2026, Respondents filed an opposition. (ECF No. 23.) Therein, Respondents provide a copy of the immigration judge's written bond decision. (ECF Nos. 23-3, 23-4.) However, Respondents have not provided a recording or transcript of the bond hearing. The Court finds that a recording or transcript of the bond hearing would assist the Court in this matter.

Accordingly, IT IS HEREBY ORDERED that within **seven (7) days** of the date of service of this order, Respondents SHALL FILE a transcript and/or recording of the bond hearing.

IT IS SO ORDERED.

Dated: **October 13, 2026**

STANLEY A. BOONE
United States Magistrate Judge