# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

SHAKEEL GOBAN,

Petitioner,

v.

WARDEN OF THE CALIFORNIA CITY DETENTION FACILITY, et al.,

Respondents.

Case No. 1:26-cv-02884-KES-SAB-HC

ORDER DIRECTING RESPONDENTS TO COMPLY WITH COURT'S PREVIOUS ORDER AND FILE TRANSCRIPT AND/OR RECORDING OF BOND HEARING

On October 13, 2026, the Court ordered Respondents to file a transcript and/or recording of Petitioner's bond hearing within seven days. (ECF No. 24.) To date, more than two weeks after the deadline, no transcript or recording has been filed.

Accordingly, IT IS HEREBY ORDERED that Respondents comply with the Court's order and FILE a transcript and/or recording of the bond hearing on or before November 10, 2026.

IT IS SO ORDERED.

Dated: **November 6, 2026**

STANLEY A. BOONE
United States Magistrate Judge